IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MICHAEL GURULE,<br><br>    Plaintiff,<br><br>v.<br><br>LAKEVIEW HOSPITAL, CHARLES D. WHITE, UNIVERSITY OF UTAH HOSPITAL, SARAH LNU, FNU STONEBURNER,<br><br>    Defendants. | Case No. 2:10-CV-1253-CW<br><br><br>**ORDER TO SHOW CAUSE**<br><br><br>Magistrate Judge Samuel Alba |

On April 26, 2011, the Court held a hearing on Defendant Lakeview Hospital's motion to dismiss. (Doc. 10.) Counsel for Lakeview Hospital made an appearance; however, pro se Plaintiff Michael Gurule failed to appear. (Doc. 29.) Plaintiff was mailed the notice of hearing on March 22, 2011, but he did not call or otherwise inform the Court that he did not plan to attend the hearing. (Doc. 23.)

As a result, **IT IS HEREBY ORDERED** that Plaintiff is required to appear at a hearing on **May 11, 2011, at 10:15 a.m. in Room 248** before Magistrate Judge Samuel Alba, when he must show cause why his complaint should not be dismissed for failure to appear at the April 26, 2011 hearing and for failure to prosecute. *See*

Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). Failure to appear at the May 11th show cause hearing will result in the Court's recommendation that this case be dismissed.

DATED this 26th day of April, 2011.

BY THE COURT:

_____
SAMUEL ALBA
United States Magistrate Judge