IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL GURULE,<br><br>Plaintiff,<br><br>vs.<br><br>LAKEVIEW HOSPITAL et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:10-cv-1253 CW-SA<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On May 11, 2011, Judge Alba issued a Report and Recommendation, recommending that Plaintiff Michael Gurule's case be dismissed for failure to prosecute.[1] Plaintiff filed no objection to the Report and Recommendation. Accordingly, the court hereby APPROVES AND ADOPTS Judge Alba's Report and Recommendation in its entirety. This case is dismissed.

SO ORDERED this 14th day of July, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge

---

[1] Report and Recommendation, 2 (Dkt. No. 32).